UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFISATU ADAM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT, in her Official Capacity, Acting Director; KRISTI NOEM in her Official Capacity, Secretary, Department of Homeland Security; ALISSA EMMEL, in her Official Capacity, Chief, Immigrant Investor Program Office; TRACY TARANGO, in her Official Capacity, Director, California Field Office,<br><br>Defendants. | Case No. 2:25-cv-04835-HDV-PD<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Federal Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: November 25, 2025

_____
HONORABLE HERNÁN D. VERA
United States District Judge